■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN LEWIS, Appellant. [10 NYS3d 883]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Peck, J.), rendered February 27, 2014, convicting him of attempted possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly denied the defendant's motion to withdraw his plea of guilty (*see* CPL 220.60 [3]). Contrary to the defendant's contention, nothing in the record of the plea allocution called into question the voluntary, knowing, and intelligent nature of his plea (*see People v Goldstein*, 12 NY3d 295, 301 [2009]; *People v Seeber*, 4 NY3d 780, 781 [2005]; *People v Sanchez*, 122 AD3d 646, 646-647 [2014]).

The defendant's remaining contentions are without merit. Skelos, J.P., Leventhal, Austin and Miller, JJ., concur.